1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**MICHAEL GRALLA,**                         Case No. C 11-01334 RS

12
                                   Petitioner,  [PROPOSED] ORDER
13

        **v.**
14

15   **ANTHONY HEDGEPETH, Warden,**

16                                  Respondent.

17

18       Good cause appearing, respondent may have until January 18, 2013, in which to file an

19   answer or other response to the order to show cause in the habeas corpus case.  Petitioner may file

20   a traverse 30 days after receipt of the answer or response.

21

22   Dated:  __11/20/12_____    _____
                                            The Honorable Richard G. Seeborg
23

24

25

26

27

28

                                        1

                                                    [Proposed] Order (C 11-01334 RS)