IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GRALLA,** | Case No. C 11-01334 RS |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **ANTHONY HEDGEPETH, Warden,** | |
| Respondent. | |

   Good cause appearing, respondent may have until January 18, 2013, in which to file an answer or other response to the order to show cause in the habeas corpus case. Petitioner may file a traverse 30 days after receipt of the answer or response.

Dated:  11/20/12

_____
The Honorable Richard G. Seeborg